**SEALED** *FILED*

MAY 15 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

REMINGTON BLAKE BAXTER,

        *Defendant*.

**SEALED**

Case No. **CR 24-075 RAW**

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 18 U.S.C. § 2]

On or about December 23, 2023, in the Eastern District of Oklahoma, the defendant, **REMINGTON BLAKE BAXTER** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violation charged in Count One of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), the defendant, **REMINGTON BLAKE BAXTER** shall forfeit to the United States, pursuant to Title 21, United

1

States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

Michael E. Robinson, MA BAR #693574
Assistant United States Attorney